IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELODY G. WHITE,

    Plaintiff,

vs.

CIVIL ACTION NO. 19-00847-WS-B

ANDREW M. SAUL,
Commissioner of Social
Security,

    Defendant.

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 1, 2020, is **ADOPTED** as the opinion of this Court.

**DONE** this 2nd day of April, 2020.

                                      s/William H. Steele
                                    UNITED STATES DISTRICT JUDGE