IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MELODY G. WHITE,** | \* |
| **Plaintiff,** | \* |
| vs. | \*  CIVIL ACTION NO. 19-00847-WS-B |
| **ANDREW M. SAUL,** **Commissioner of Social Security,** | \* |
| **Defendant.** | \* |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 17, 2020, is **ADOPTED** as the opinion of this Court.

**DONE** this 10th day of July, 2020.

                                                                       s/ William H. Steele
                                                           UNITED STATES DISTRICT JUDGE